717 A.2d 1022

AT & T

v.

The PENNSYLVANIA PUBLIC UTILITY COMMISSION.

Petition of the DELAWARE AND HUDSON RAILWAY COMPANY, INC.

SPRINT COMMUNICATIONS CO., L.P.

v.

The PENNSYLVANIA PUBLIC UTILITY COMMISSION.

Petition of the DELAWARE AND HUDSON RAILWAY COMPANY, INC.

Supreme Court of Pennsylvania.

Sept. 23, 1998.

William J. Kennedy, Christopher D. Loizides, Selena Fitanides, Philadelphia, for petitioner.

Lawrence F. Barth, Asst. Counsel, Bohdan R. Pankiw, Acting Chief Counsel, for Pennsylvania Public Utility Com'n.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of September, 1998, Delaware's Petition for Allowance of Appeal is hereby **GRANTED**, limited to issues numbered 1, 2, 3, 6 and 7.

This matter is hereby consolidated with 296 and 297 M.D. Alloc. Dkt.1998.